| | |
|---|---|
| MILTON BROWN, | ) DOCKET NO. 12C872 |
| | ) |
| Plaintiff, | ) DIVISION I |
| | ) **FILED** |
| vs. | ) |
| | ) NOV 2 2 2013 |
| ELECTRIC POWER BOARD OF | ) |
| CHATTANOOGA, | ) Clerk, U. S. District Court |
| | ) Eastern District of Tennessee |
| Defendant, | ) At Chattanooga |
| | ) |
| and | ) |
| | ) |
| COMCAST OF THE SOUTH, | ) |
| | ) |
| Defendant/Third-Party Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CINCINNATI INSURANCE COMPANIES, | ) |
| | ) |
| Third-Party Defendant. | ) |

## THIRD-PARTY COMPLAINT
## AGAINST CINCINNATI INSURANCE COMPANIES

COMES NOW COMCAST OF THE SOUTH, Defendant in the above-styled action,

who, proceeding as a Third-Party Plaintiff, shows the Court the following:

1.

Cincinnati Insurance Companies is subject to the jurisdiction of this Court.

2.

Third-Party Defendant Cincinnati Insurance Companies (hereinafter "Cincinnati"), is a

corporation doing business in the State of Tennessee and may be served with the Summons and

copy of the Third-Party Complaint by Acknowledgment of Service, to-wit: John Neal, Esq.,

MOORE INGRAM
JOHNSON & STEELE
lmited Liability Partnership
Emerson Overlook
~~~ Roswell Street
ta, GA 30060
(770) 429-1499
FAX (770) 429-8631

*Exhibit 2*

Case 1:13-cv-00390-WBC   Document 1-3   Filed 11/22/13   Page 1 of 9   PageID #: 11

P.O. Box 51930, Knoxville, TN 37950.

3.

Plaintiff, Milton Brown (hereinafter "Plaintiff"), filed a Complaint, an Amended Complaint and a Second Amended Complaint against Defendant Comcast of the South (hereinafter "Comcast"), true and accurate copies of which are attached hereto as Exhibit "A." Copies of all other pleadings filed prior to the filing of this Third-Party Complaint are attached hereto as Exhibit "B." Cincinnati is or may be liable to Comcast for all or part of the claim as set forth in Plaintiff's Amended Complaint.

4.

On March 29, 2011, Cincinnati Insurance Companies issued a Certificate of Insurance naming Comcast as an additional insured. A true and accurate copy of this Certificate of Insurance is attached hereto as Exhibit "C."

5.

Pursuant to this Certificate of Insurance, Cincinnati Insurance Companies agreed to treat Comcast as an insured under its policy of insurance issued by it to Gaddcom.

6.

On March 19, 2013, Comcast tendered this case to Gaddcom for defense and indemnification, as shown in Exhibit "D" attached hereto.

7.

On April 17, 2013, Cincinnati Insurance Companies declined that tender, as shown in Exhibit "E" attached hereto.

MOORE INGRAM
JOHNSON & STEELE
Limited Liability Partnership
Emerson Overlook
^^^ Roswell Street
tta, GA 30060
(770) 429-1499
FAX (770) 429-8631

8.

Cincinnati Insurance Companies has breached its agreement to treat Comcast as an additional insured and hold it harmless from any and all claims alleged in Plaintiff's Complaint in this action.

9.

Cincinnati Insurance Companies is liable to Comcast for any amounts by which Comcast is found liable to Plaintiff in this action and for all of Comcast's cost of defense, including but not limited to attorneys' fees, expert fees and costs of litigation from March 19, 2013, through the conclusion of this case.

## WHEREFORE CLAUSE

WHEREFORE, Comcast prays for a judgment against Cincinnati Insurance Companies in the amount of any adjudgment against it in favor of Plaintiffs in this action.

Respectfully submitted, this _25_ day of July, 2013.

MOORE INGRAM JOHNSON & STEELE, LLP .

WILLIAM R. JOHNSON, BPR No. 19925
ALEXANDER T. GALLOWAY, BPR NO. 21966
Attorney for Defendant/Third-Party Plaintiff
Comcast of the South

Emerson Overlook
326 Roswell Street
Marietta, GA 30060
(770) 429-1499

MOORE INGRAM
JOHNSON & STEELE
Jmited Liability Partnership
Emerson Overlook
^^6 Roswell Street
itta, GA 30060
ι(770) 429-1499
FAX (770) 429-8631

3

# MOORE INGRAM JOHNSON & STEELE

A LIMITED LIABILITY PARTNERSHIP
WWW.MIJS.COM

JOHN H. MOORE
STEPHEN C. STEELE
WILLIAM R. JOHNSON†‡
ROBERT D. INGRAM†
J. BRIAN O'NEIL
G. PHILLIP BEGGS
ELDON L. BASHAM
MATTHEW J. HOWARD
JERE C. SMITH
CLAYTON O. CARMACK
KEVIN B. CARLOCK†
ALEXANDER T. GALLOWAY III†
J. KEVIN MOORE
RODNEY R. McCOLLOCH
SUSAN S. STUART
BRIAN D. SMITH
HARRY R. TEAR III
W. TROY HART†‡
JEFFREY A. DAXE
KIM A. ROPER
VICTOR P. VALMUS
WILLIAM R. WINDERS, JR.*

ANGELA H. SMITH†
JOYCE W. HARPER
CHRISTOPHER C. MINGLEDORFF+
ANGELA D. TARTLINE
CAREY E. OLSON*
CHARLES E. PIERCE*
PRESTON D. HOLLOWAY
WILMA H. BUSH
GREGORY H. FULLER*
VERONICA L. RICHARDSON
TODD I. HEIRD*
DANIEL W. STARNES*
ALEXANDER B. MORRISON*
DOUGLAS W. BUTLER, JR.
APRIL R. HOLLOWAY
CARLA C. WESTER⁵
JAIME E. KNOEBEL*
ADON J. SOLOMON*
AMY L. JETT*
JEFF C. MORMAN*
RYAN M. INGRAM
SHAWN G. SHELTON

MARIETTA, GEORGIA
EMERSON OVERLOOK
326 ROSWELL ST
MARIETTA, GEORGIA 30060
TELEPHONE (770) 429-1499

KNOXVILLE, TENNESSEE
408 N. CEDAR BLUFF RD • STE 500
KNOXVILLE, TENNESSEE 37923
TELEPHONE (865) 692-9030

JACKSONVILLE, FLORIDA
10151 DEERWOOD PARK BLVD • BLDG 200, STE 250
JACKSONVILLE, FLORIDA 32256
TELEPHONE (904) 428-1485

NASHVILLE, TENNESSEE
3200 WEST END AVE • STE 500
NASHVILLE, TENNESSEE 37203
TELEPHONE (615) 425-7347

LOUISVILLE, KENTUCKY
9900 CORPORATE CAMPUS DR • STE 3000
LOUISVILLE, KENTUCKY 40223
TELEPHONE (502) 410-8021

CHARLESTON, SOUTH CAROLINA
4000 S. FABER PLACE DR • STE 300
CHARLESTON, SOUTH CAROLINA 29405
TELEPHONE (843) 302-9002

KRISTEN C. STEVENSON*
CARLY M. RECORD
SARAH H. BEST*‡
BRAM L. BCHARF⁵
ROY H. SPARKS*
RYAN C. EDENS*
JULIE C. FULLER*
JODI B. LODEN*
TAMMI L. BROWN
TRAVIS R. JACKSON
DAVID A. HURTADO
J. MARSHALL WEHUNT
KENDRA A. BIRTSCH*
JONATHAN J. SMITH
MONTOYA M. HO-SANG†
TRISTAN B. MORRISON****
WILLIAM B. WARIHAY⁹
W. COLLINS BROWN
ROBERT A. BUTLER
COLLEEN K. HORN†****
GRAHAM P. ROBERTS
DAVID J. OTTEN*

JONATHAN S. FUTRELL
JOSHUA D. ARTERS*
NORBERT D. HUMMEL, IV
DAVID P. CONLEY
LYNDSEY J. HURST
B. CHASE ELLEBY
G. BARDIN HOOD
DAPHNE S. WITHROW

OF COUNSEL:
JOHN L. SKELTON, JR.†

† ALSO ADMITTED IN TN
* ALSO ADMITTED IN FL
**** ALSO ADMITTED IN CA
* ALSO ADMITTED IN TX
* ALSO ADMITTED IN AL
‡ ALSO ADMITTED IN KY
♦ ALSO ADMITTED IN SC
♯ ALSO ADMITTED IN NC
⁵ ADMITTED ONLY IN TN
⁹ ADMITTED ONLY IN FL

March 19, 2013

Yousef A. Hamadeh
Chambliss, Bahner & Stophel, P.C.
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450

Re:     Milton Brown v. Electric Power Board of Chattanooga and Comcast Cable
        Communications, LLC; Hamilton County Circuit Court; Docket No. 120872

Dear Mr. Hamadeh:

Pursuant to our recent telephone conversation, enclosed is a copy of a Complaint filed against Comcast by Milton Brown. As you can see, this Complaint alleges that Mr. Brown was injured on July 22, 2011, when he came in contact with an energized cable line. The Complaint alleges that some of the lines in question were under the direct control of and should have been maintained by Comcast.

Also enclosed is a copy of your vendor agreement. As you know, pursuant to paragraph 17 of that agreement, Gaddcom, Inc., agreed to indemnify and hold Comcast harmless from any actions or inactions concerning the performance of its work. This claim falls squarely within that indemnity agreement. Additionally, pursuant to paragraph 14 of the vendor agreement, Gaddcom is required to maintain $1,000,000 in liability insurance and have Comcast named as an additional insured to assure the terms of the indemnity agreement are adhered to by Gaddcom.



EXHIBIT
Blumberg No. 5119

Yousef A. Hamadeh
March 19, 2013
Page 2

We request that you or your client immediately forward this information to Gaddcom's insurance company, have them assign counsel, and ask counsel to contact me, so that I can discuss the transfer of this matter pursuant to the terms of the indemnity agreement. If you have any questions, feel free to contact me.

Sincerely,

William R. Johnson

JLS:dkc

Enclosures

cc:     Clifford W. Gadd w/o enclosures





**Lisa Sucher**
Claims Specialist

April 17, 2013

John L. Skelton, Jr.
Moore Ingram Johnson & Steele
326 Roswell Street
Marietta GA 30060

| RE: | Insured: | Gaddcom Inc, Southeastern Fiber Optic Services LLC, Midland |
|---|---|---|
| | Claim No.: | 1958254 |
| | Plaintiff: | Milton Brown |
| | Loss Date: | 7/22/2011 |

Dear Mr. Skelton,

Per our discussion, we are in the process of completing our investigation of the above claim that we were notified of on March 23, 2013 by our insured, Gaddcom, Inc. Our insured was hired by Comcast Cable Communications, LLC to assess and complete repairs to numerous downed poles and cable lines in the Hamilton County area following the April 27, 2011 tornado. Gaddcom, Inc. subcontracted the work to other contractors which we are now identifying and placing on notice. .

At this time, we are not in a position to accept the defense of Comcast. Once our investigation is complete and we receive responses from these contractors to our request for transfer of the claim pursuant to the terms of our indemnity agreements, we will respond to you.

If you have any questions, please contact me at (423) 899-2509. Also, if you have or receive any additional information that would aid in our investigation, please forward it to me.

Sincerely,

*Lisa Sucher*

Lisa Sucher
Claims Specialist

cc: Yousef A. Hamadeh, Chambliss, Bahner & Stophel, P.C.
Clifford W. Gadd, Gaddcom, Inc.



EXHIBIT
Blumberg No. 5119
**E**

Mailing Address: PO Box 21953 ▪ Chattanooga, TN 37424
email:Lisa_Sucher@cinfin.com ▪ Office :(423) 899-2509 ▪ Fax:(888) 566 1273
Case 1:13-cv-00390-WBC   Document 1-3   Filed 11/22/13   Page 6 of 9   PageID #: 16

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties in the foregoing matter with a copy of **THIRD-PARTY COMPLAINT AGAINST CINCINNATI INSURANCE COMPANIES** by depositing a copy of same in the United States Mail with postage properly affixed thereon addressed as follows:

John T. Rice, Esq.
John T. Rice, P.C.
P. O. Box 4326
Chattanooga, TN 37405

Larry L. Cash, Esq.
Miller & Martin, PLLC
Suite 1000 Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN 37402

Kathryn S. King
EPB Legal Services Division
P.O. Box 182255
Chattanooga, TN 37422

John Neal, Esq.
P. O. Box 51930
Knoxville, TN 37950

This _25_ day of July, 2013.

MOORE INGRAM JOHNSON & STEELE, LLP

WILLIAM R. JOHNSON, BPR No. 19925
ALEXANDER T. GALLOWAY, BPR NO. 21966
Attorney for Defendant/Third-Party Plaintiff
Comcast of the South

MOORE INGRAM
JOHNSON & STEELE
Jmited Liability Partnership
Emerson Overlook
328 Roswell Street
tta, GA 30060
.. /0) 429-1499
FAX (770) 429-8631

## IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE

| | |
|---|---|
| MILTON BROWN, | ) DOCKET NO. 12C872 |
| Plaintiff, | ) DIVISION I |
| vs. | ) |
| ELECTRIC POWER BOARD OF CHATTANOOGA, | ) |
| Defendant. | ) |
| and | ) |
| COMCAST OF THE SOUTH, | ) |
| Defendant/Third-Party Plaintiff, | ) |
| vs. | ) |
| CINCINNATI INSURANCE COMPANIES, | ) |
| Third-Party Defendant. | ) |

## COST BOND

We hereby acknowledge ourselves as sureties for costs incident to filing of the *Third-Party Complaint Against Cincinnati Insurance Companies.*

Respectfully submitted, this _____ day of July, 2013.

MOORE INGRAM JOHNSON & STEELE, LLP

WILLIAM R. JOHNSON, BPR No. 19925
ALEXANDER T. GALLOWAY, BPR NO. 21966
Attorney for Defendant/Third-Party Plaintiff
Comcast of the South

MOORE INGRAM
JOHNSON & STEELE
A Limited Liability Partnership
Emerson Overlook
326 Roswell Street
Marietta, GA 30060
(770) 429-1499
FAX (770) 429-8631

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties in the foregoing matter with a copy of **COST BOND** by depositing a copy of same in the United States Mail with postage properly affixed thereon addressed as follows:

John T. Rice, Esq.
John T. Rice, P.C.
P. O. Box 4326
Chattanooga, TN 37405

Larry L. Cash, Esq.
Miller & Martin, PLLC
Suite 1000 Volunteer Bldg.
832 Georgia Avenue
Chattanooga, TN 37402

Kathryn S. King
EPB Legal Services Division
P.O. Box 182255
Chattanooga, TN 37422

John Neal, Esq.
P. O. Box 51930
Knoxville, TN 37950

This _30_ day of July, 2013.

MOORE INGRAM JOHNSON & STEELE, LLP

WILLIAM R. JOHNSON, BPR No. 19925
ALEXANDER T. GALLOWAY, BPR NO. 21966
Attorney for Defendant/Third-Party Plaintiff
Comcast of the South

MOORE INGRAM
JOHNSON & STEELE
A Limited Liability Partnership
Emerson Overlook
326 Roswell Street
Marietta, GA 30060
(770) 429-1499
FAX (770) 429-8631

Emerson Overlook
326 Roswell Street
Marietta, GA 30060
(770) 429-1499

2